IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| WESTERN BUILDERS SUPPLY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> STEVE SKILES, *et al.*, <br><br> Defendants. | CV 18-53-BLG-SPW-TJC <br><br> **ORDER** |

Plaintiff Western Builders Supply, Inc. moves for the admission of Susan Lorenc to practice before this Court in this case with John G. Crist to act as local counsel. Ms. Lorenc's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Defendant's motion to admit Susan Lorenc *pro hac vice* is **GRANTED** on the condition that Ms. Lorenc shall do her own work. This means that Ms. Lorenc must do her own writing, sign her own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office. Ms. Lorenc may move for the admission *pro hac vice* of one (1) associate of her firm. Such associate, if duly

admitted, shall be authorized to participate in this case on the same terms and conditions as Ms. Lorenc.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Lorenc, within fifteen (15) days of the date of this Order, files a pleading acknowledging her admission under the terms set forth above.

DATED this 11th day of July, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge