IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| WESTERN BUILDERS SUPPLY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> STEVE SKILES, ANDREW STRONG, STEVE RUX, RICHARD C. WILCOX, RICHARD WAGNESS, CYNTHIA KUEHN, and FASTAR LLC, a Montana limited liability company, <br><br> Defendants. | CV 18-53-BLG-TJC <br><br> **ORDER** |

Pursuant to the Plaintiff's status report and request for order of dismissal, (Doc. 97) and good cause appearing,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, with each party to bear their own attorneys' fees and costs. IT IS FURTHER ORDERED that all pending motions are denied as moot.

DATED this 7th day of May, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge